IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD E. STANLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-129-GMS |
| | ) |
| DEPARTMENT OF CORRECTION, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the plaintiff Donald E. Stanley, filed a complaint on March 1, 2004 (D.I. 2);

WHEREAS, on January 17, 2006, an order was entered dismissing the complaint and giving the plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 6);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 30th day of March, 2006, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE